```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

ANDREW S. PALMER                                              PLAINTIFF

v.                      No. 6:14-CV-06083

LISBETH ANNE MURPHY;
CORIZON MEDICAL SERVICES, INC.;
and CORRECT CARE SOLUTIONS                                   DEFENDANTS

### ORDER

Now on this 16th day of June, 2015, there comes on for consideration the report and recommendation (Doc. 30) filed in this matter by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No objections were filed to the report and recommendation.

The Court has reviewed the case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is ADOPTED in its entirety. Accordingly, Defendants' motion to dismiss (Doc. 22) is GRANTED, and Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE for failure to comply with the Rules of Civil Procedure and Local Rules, failure to comply with the order of the Court, and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge